AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHERYL MILBRATH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.

**WITNESS AND EXHIBIT LIST**

CASE NO.: 1:17-cv-22071-UNGARO/O'SULLIVAN

| PRESIDING JUDGE<br>The Honorable Ursula Ungaro | PLAINTIFF'S ATTORNEY<br>**Spencer M. Aronfeld, Esq.**<br>**Matthias M. Hayashi, Esq.** | DEFENDANT'S ATTORNEY<br>**Curtis J. Mase, Esq.**<br>**Thomas A. Briggs, Esq.**<br>**Caroline L. Milewski, Esq.** |
|---|---|---|
| TRIAL DATE(S)<br>**April 2, 2017-April 13, 2018** | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **P'S WITNESSES EXPECTED TO BE CALLED** |
| 1 | | | | | Michelle Williams-Inman<br>c/o NCL (Bahamas) Ltd.<br>7665 Corporate Center Drive<br>Miami, Florida 33126 |
| 2 | | | | | Maria del Carmen Safille (via deposition)<br>10240 SW 66th Street<br>Miami, FL 33173 |
| 3 | | | | | Cheryl Milbrath<br>c/o Aronfeld Trial Lawyers<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134 |
| | | | | | **P'S EXPERT WITNESSES EXPECTED TO BE CALLED** |
| 4 | | | | | Francisco J. De Caso Basalo, Ph.D., LEED A.P., M. ASCE, M. ACI, 9112 SW 73 St. Miami, FL, 33173 |
| 5 | | | | | Nicholas D.A. Suite, M.D.<br>Conferences, Medical Records and Administrative Office:<br>11860 West State Road 84, Suite B-10, Davie, Florida 33325 |
| 6 | | | | | Brad K. Cohen, M.D., F.A.A.O.S., F.A.C.S.<br>Aventura Orthopaedics and Sports Medicine<br>2260 NE 123rd Street, North Miami, FL 33181 |
| | | | | | **P'S WITNESSES (May call if the need arises, more likely)** |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHERYL MILBRATH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.

**WITNESS AND EXHIBIT LIST**

CASE NO.: 1:17-cv-22071-UNGARO/O'SULLIVAN

| PRESIDING JUDGE<br>The Honorable Ursula Ungaro | PLAINTIFF'S ATTORNEY<br>Spencer M. Aronfeld, Esq.<br>Matthias M. Hayashi, Esq. | DEFENDANT'S ATTORNEY<br>Curtis J. Mase, Esq.<br>Thomas A. Briggs, Esq.<br>Caroline L. Milewski, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>April 2, 2017-April 13, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 7 | | | | | Paul Alphanso (via deposition)<br>Grace Residency, Emerald<br>B-002<br>Barampur, Vasai, India 401203 |
| 8 | | | | | Grace Garcia Dinglasan (via deposition)<br>Banaba San Pascual<br>Batangas City, Philippines 4204 |
| 9 | | | | | Dr. Maritza Newball (via deposition)<br>Freshwater Bay<br>Providence Island, Colombia |
| 10 | | | | | Navamani Sadagopan (via deposition)<br>c/o NCL (Bahamas) Ltd.<br>7665 Corporate Center Drive<br>Miami, Florida 33126 |
| | | | | | **P'S WITNESSES (May call if the need arises, less likely)** |
| 11 | | | | | Lorraine Driscoll<br>159 Morris Boulevard<br>Manahawkin, New Jersey 08050<br>(T) 609-713-0553<br>ecsjes2@msn.com |
| 12 | | | | | STX France SA<br>Avenue Bourdelle – CS 90180<br>44613 Saint-Nazaire Cedex France<br>(T) +33 (0)2 51 10 33 84 |

AO 187 (Rev.07/87) Exhibit and Witness List

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CHERYL MILBRATH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.

**WITNESS AND EXHIBIT LIST**

CASE NO.: 1:17-cv-22071-UNGARO/O'SULLIVAN

| PRESIDING JUDGE<br>The Honorable Ursula Ungaro | PLAINTIFF'S ATTORNEY<br>Spencer M. Aronfeld, Esq.<br>Matthias M. Hayashi, Esq. | DEFENDANT'S ATTORNEY<br>Curtis J. Mase, Esq.<br>Thomas A. Briggs, Esq.<br>Caroline L. Milewski, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>April 2, 2017-April 13, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | www.stxfrance.com |
| 13 |  |  |  |  | Any and all medical care providers and/or records custodians |
| 14 |  |  |  |  | All persons listed on Defendant's Witness list. |
| 15 |  |  |  |  | Any and all witnesses identified in depositions taken in this matter. |
| 16 |  |  |  |  | Any and all witnesses identified in discovery responses and documents produced during discovery in this matter. |
| 17 |  |  |  |  | Any newly discovered/revealed witnesses |
| 18 |  |  |  |  | All treating doctors and/or medical providers of Plaintiff. |
| 19 |  |  |  |  | Impeachment and rebuttal witnesses, the need for which arises after the filing of this witness list |
|  |  |  |  |  | Plaintiff reserves the right to amend and supplement its witness list upon proper notice to Defendant |

3

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHERYL MILBRATH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.

**WITNESS AND EXHIBIT LIST**

CASE NO.: 1:17-cv-22071-UNGARO/O'SULLIVAN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Ursula Ungaro | Spencer M. Aronfeld, Esq.<br>Matthias M. Hayashi, Esq. | Curtis J. Mase, Esq.<br>Thomas A. Briggs, Esq.<br>Caroline L. Milewski, Esq. |
| TRIAL DATE(S)<br>April 2, 2017-April 13, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **PLAINTIFF'S EXHIBITS** |
| 1 | | | | | Ship Medical Records, bates NCL19101-04-06, 49-51 (and additional pages combined as a single documents since Defendant initially produced an incomplete document). R/H/UP |
| 2 | | | | | Deck 15 Plan/Map, bates NCL19101-03*  R |
| 3 | | | | | Guest Statement of Accident, bates NCL19101-08-11* |
| 4 | | | | | Ship X-Rays, bates NCL19101-22-23*  R/H/UP |
| 5 | | | | | CV of Dr. Cohen*  R/H |
| 6 | | | | | CV of Dr. Suite*  R/H |
| 7 | | | | | CV of Dr. De Caso*  R/H |
| 8 | | | | | DEFENDANT'S NOTICE OF SERVING UNVERIFIED ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES, DATED AUGUST 11, 2017*  R/UP/H |
| 9 | | | | | DEFENDANT'S NOTICE OF SERVING AMENDED ANSWERS TO PLAINTIFF'S FIRST INTERROGATORIES, DATED AUGUST 11, 2017  R/H/UP/I/(subject to MIL) |
| 10 | | | | | NCL Logbook, bates NCL 19101-24-30*  R |
| 11 | | | | | Deck 15 Plan/Map, bates NCL 19101-31-32* R/H/A |
| 12 | | | | | NCL 19101-33*  R/H/UP/I |
| 13 | | | | | Prior Incident Documents, bates NCL 19101-34-37 R/H/UP/I |
| 14 | | | | | Safety Channel 10 Clip  R/H/UP |
| 15 | | | | | Picture of Door From Outside  R |
| 16 | | | | | DEFENDANT'S NOTICE OF SERVING RESPONSES TO PLAINTIFF'S SECOND INTERROGATORIES, DATED |

4

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHERYL MILBRATH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.

**WITNESS AND EXHIBIT LIST**

CASE NO.: 1:17-cv-22071-UNGARO/O'SULLIVAN

| PRESIDING JUDGE<br>The Honorable Ursula Ungaro | | | PLAINTIFF'S ATTORNEY<br>Spencer M. Aronfeld, Esq.<br>Matthias M. Hayashi, Esq. | | | DEFENDANT'S ATTORNEY<br>Curtis J. Mase, Esq.<br>Thomas A. Briggs, Esq.<br>Caroline L. Milewski, Esq. |
|---|---|---|---|---|---|---|
| TRIAL DATE(S)<br>April 2, 2017-April 13, 2018 | | | COURT REPORTER | | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| | | | | | DECEMBER 8, 2017* | |
| 17 | | | | | "Take a Sea Day for Yourself" bates NCL 19101-38-41* | R |
| 18 | | | | | DEFENDANT'S NOTICE OF SERVING ANSWERS TO PLAINTIFF'S THIRD INTERROGATORIES, DATED DECEMBER 15, 2017* | E  R |
| 19 | | | | | Medical Records and Bills from Mayo Clinic, bates CM000001-48, 64-68 | R/H/A |
| 20 | | | | | Ship Pictures from Plaintiff, bates CM000049-50* R/A | H/A/R |
| 21 | | | | | Pictures of Plaintiff, bates CM000051-56, 59 R/UP | , UP |
| 22 | | | | | X-Rays in Plaintiff's Initial Disclosures, bates, CM000057-58* | |
| 23 | | | | | Picture of Plaintiff, bates CM000060* | R/UP |
| 24 | | | | | BlueCross BlueShield BluePlus of Minnesota, bates CM000069* | R/H/A |
| 25 | | | | | SSU Medical/Pharmacy Parameter Selection, bates CM000070-72 | R/H/A |
| 26 | | | | | Emails, bates CM000073-75* | R/H/UP |
| 27 | | | | | Expert Report of Dr. Cohen* | H |
| 28 | | | | | Expert Report Addendum of Dr. Cohen* | H |
| 29 | | | | | Expert Report of Dr. Suite* | H |
| 30 | | | | | Expert Report of Dr. De Caso* | H |
| 31 | | | | | Reports/Affidavits prepared and any and all documents, photographs, tangible things, or exhibits of any kind relied upon by Dr. Cohen (EXPERT) in formulating his opinions in this cause of action* | R/H/A/UP |
| 32 | | | | | Reports/Affidavits prepared and any and all documents, photographs, tangible things, or exhibits of any kind relied | |

5

AO 187 (Rev.07/87) Exhibit and Witness List

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CHERYL MILBRATH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.

**WITNESS AND EXHIBIT LIST**

CASE NO.: 1:17-cv-22071-UNGARO/O'SULLIVAN

| PRESIDING JUDGE<br>The Honorable Ursula Ungaro | PLAINTIFF'S ATTORNEY<br>Spencer M. Aronfeld, Esq.<br>Matthias M. Hayashi, Esq. | DEFENDANT'S ATTORNEY<br>Curtis J. Mase, Esq.<br>Thomas A. Briggs, Esq.<br>Caroline L. Milewski, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>April 2, 2017-April 13, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | upon by Dr. Suite (EXPERT) in formulating his opinions in this cause of action* R/H/A/UP |
| 33 |  |  |  |  | Reports/Affidavits prepared and any and all documents, photographs, tangible things, or exhibits of any kind relied upon by Dr. De Caso (EXPERT) in formulating his opinions in this cause of action* R/H/A/UP |
| 34 |  |  |  |  | Medical records and bills of Mayo Clinic Health System R/H/A |
| 35 |  |  |  |  | Medical records and bills of Dr. Abby Dettmer, DO R/H/A |
| 36 |  |  |  |  | Medical records and bills of Waseca Dental R/H/A |
| 37 |  |  |  |  | Medical records and bills of Dr. John M. Gutfleisch R/H/A |
| 38 |  |  |  |  | Employment records and bills of Waseca Intermediate School* R/H/A |
| 39 |  |  |  |  | Any and all exhibits listed by Defendant* R/H/A |
| 40 |  |  |  |  | Any and all medical or other experts' illustrations, diagrams, models, charts, publications or articles* R/H/UP |
| 41 |  |  |  |  | Any and all documents produced during discovery in this matter* R/H/J/A/UP    R/H/J/A/UP |
| 42 |  |  |  |  | Documents identified as Exhibits at deposition in this matter* |
| 41 |  |  |  |  | Any and all documents received pursuant to any proper subpoena duces tecum* R/H/A |
| 42 |  |  |  |  | Demonstrative exhibits, including but not limited to, photographs, videos, medical records, and medical models/illustrations* R/UP |
| 43 |  |  |  |  | Impeachment or rebuttal exhibits, the need for which arises after the filing of this exhibit list* R/H/UP |
| 44 |  |  |  |  | Plaintiff reserves the right to amend or supplement this list. |

AO 187 (Rev.07/87) Exhibit and Witness List

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CHERYL MILBRATH,

    Plaintiff,

v.

NCL (BAHAMAS) LTD.,
A Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    Defendant.

**WITNESS AND EXHIBIT LIST**

CASE NO.: 1:17-cv-22071-UNGARO/O'SULLIVAN

| PRESIDING JUDGE<br>The Honorable Ursula Ungaro | PLAINTIFF'S ATTORNEY<br>Spencer M. Aronfeld, Esq.<br>Matthias M. Hayashi, Esq. | DEFENDANT'S ATTORNEY<br>Curtis J. Mase, Esq.<br>Thomas A. Briggs, Esq.<br>Caroline L. Milewski, Esq. |
|---|---|---|
| TRIAL DATE(S)<br>April 2, 2017-April 13, 2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

\* denotes exhibits Plaitniff may offer if the need arises.

7